**Entered on Docket
October 02, 2015
EDWARD J. EMMONS, CLERK
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA**



The following constitutes the order of the court.
Signed October 2, 2015

_____
**William J. Lafferty, III
U.S. Bankruptcy Judge**

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| In re | Case No. 12-46834 |
| Jorge Edgard Quinones, Lidia Delvalle Quinones, | Chapter 7 |
| Debtors. | |
| The Board of Trustees, in their capacities as Trustees of the Laborers Health and Welfare Trust Fund for Northern California, et al., | Adv. Pro. No. 13-04015 |
| Plaintiffs, | |
| v. | |
| Jorge Edgard Quinones, Lidia Delvalle Quinones, | |
| Defendants | |

**MEMORANDUM REGARDING RECENT NINTH CIRCUIT DECISION**

At a Status Conference held on Tuesday, September 29, the

Court set a hearing date of October 19, and a briefing schedule for Plaintiffs' *Motion to Dismiss Adversary Proceeding* (doc. 130) and Defendants' *Counter-Motion for Order Determining Prevailing Party* (doc. 141) and *Counter Motion for Sanctions* (doc. 142). In connection with the *Counter-Motion for Order Determining Prevailing Party*, the Court notes that on Thursday, October 1, the Ninth Circuit Court of Appeals issued an opinion in the case *Penrod v. AmeriCredit Financial Services, Inc.*, 2015 WL 53730425, 13-16097 (9th Cir. Oct. 1, 2015), that determined whether the debtor in that case, who had prevailed in a prior dispute with a secured lender, was entitled to attorneys fees under Section 1717 of the California Civil Code, based on an argument that the prior dispute was an "action on the contract." While not presently deciding the precedential effect of the *Penrod* decision on the *Counter-Motion for Order Determining Prevailing Party*, the Court does believe that consideration of this decision would be appropriate in connection with the October 19 hearing, and expects the parties to address the effect of the decision in their further pleadings, and to be prepared to discuss the decision at the October 19 hearing.

*End of Memorandum*

## Court Service List

Jolene Kramer
Weinberg, Roger & Rosenfeld
1001 Marina Village Parkway #200
Alameda, CA 94501

Emily P. Rich
Weinberg, Roger and Rosenfeld
1001 Marina Village Parkway #200
Alameda, CA 94501

David N. Chandler
Law Offices of David N. Chandler
1747 4th St.
Santa Rosa, CA 95404